PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ARROYAL C. PRESLEY,<br><br>           Defendant. | Case No. 5:23-po-00349-CDB<br><br>[Citation #7294565, CA14]<br><br><br>MOTION AND ORDER FOR DISMISSAL<br><br>(Doc. 3) |

          The United States of America, by and through Phillip A. Talbert, United States Attorney, and

Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00349-

CDB [Citation #7294565, CA14] against ARROYAL C. PRESLEY, without prejudice, in the interest of

justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 22, 2023                    Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                              By:    /s/ Chan Hee Chu
                                            CHAN HEE CHU
                                            Assistant United States Attorney

1
2

# O R D E R

3
4

    IT IS HEREBY ORDERED, on the motion of the United States of America (Doc. 3), that Case

5

No. 5:23-po-00349-CDB [Citation #7294565, CA14] against ARROYAL C. PRESLEY is dismissed,

6

without prejudice, in the interest of justice.

7

IT IS SO ORDERED.

8

    Dated:   **November 22, 2023**

9

                         UNITED STATES MAGISTRATE JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

USA v. Presley
Case No. 5:23-po-00349-CDB